

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2016

No. 04-16-00220-CR

Russell Lee **BURKE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 33rd District Court, Llano County, Texas
Trial Court No. CR6998
J. Allan Garrett, Judge Presiding

# O R D E R

The trial court imposed sentence on December 17, 2015. A timely motion for new trial was therefore due January 19, 2016. *See* TEX. R. APP. P. 21.4(a); *id*. R. 4.1(a). The record reflects that appellant filed a motion for new trial on January 21, 2016, two days late. Absent a timely motion for new trial, the notice of appeal was due January 19, 2016. *See* TEX. R. APP. P. 26.2(a)(1). Appellant's notice of appeal was filed on March 7, 2016. The notice of appeal is deemed timely filed *if* appellant's motion for new trial was timely filed thereby extending the timetable to perfect appeal to ninety days after the date the judgment was signed. *See* TEX. R. APP. P. 26.2(a). Absent a timely notice of appeal, this court lacks jurisdiction over the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

Accordingly, it is ORDERED that appellant show cause in writing within 15 days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are SUSPENDED pending our resolution of the jurisdictional issue.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2016.



Keith E. Hottle
Clerk of Court